**From:** Kreindler, Jamie
**Sent:** Wednesday, October 13, 2021 9:42 AM
**To:** Creech, John
**Subject:** FW: Planning Commission Site Plan Review - 2430 East Sharon Road

---

**From:** Kreindler, Jamie
**Sent:** Monday, October 11, 2021 4:44 PM
**To:** 'minkpb@yahoo.com'
**Subject:** RE: Planning Commission Site Plan Review - 2430 East Sharon Road

Hello,

Please see the Zoom link for Wednesday's Planning Commission meeting starting at 7:30pm below. Let me know if you need anything else at this time.

City Of Sharonville is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting

https://us02web.zoom.us/j/83046473340?pwd=Q2hsczVaOUtzd2dBdGpIcEsxaWR6QT09

Meeting ID: 830 4647 3340

Passcode: 482804

One tap mobile

+13017158592,,83046473340# US (Washington DC) 13126266799,,83046473340# +US (Chicago)

# Dial by your location

+1 301 715 8592 US (Washington DC)

+1 312 626 6799 US (Chicago)

+1 929 205 6099 US (New York)

+1 253 215 8782 US (Tacoma)

+1 346 248 7799 US (Houston)

+1 669 900 6833 US (San Jose)

Meeting ID: 830 4647 3340

Find your local number: https://us02web.zoom.us/u/kDstrPveY