Exhibit 2

----- Forwarded Message -----
**From:** Creech, John <jcreech@cityofsharonville.com>
**To:** minkpb@yahoo.com <minkpb@yahoo.com>
**Cc:** Kreindler, Jamie <jkreindler@cityofsharonville.com>
**Sent:** Wednesday, October 13, 2021, 10:41:38 AM EDT
**Subject:** FW: Planning Commission Site Plan Review - 2430 East Sharon Road

Mr. Mink-

Just wanted to let you know that the city does not provide zoom links to Planning Commission meetings, so the zoom link below will not work.  The physical meeting is open to the public and the city building is ADA accessible so we will be able to accommodate anyone wishing to attend tonight's meeting which was advertised on the meeting notice dated Sep. 30,. 2021.  We do not have your dad's phone number because it shows up as anonymous on our call log so if you could pass this email on to him that would be great or you could reply to us with his phone number and we can call him.  Thank you.


John Creech, AICP

Community Development Director

jcreech@cityofsharonville.com



_____

513-563-0033



**From:** Kreindler, Jamie
**Sent:** Wednesday, October 13, 2021 9:42 AM
**To:** Creech, John
**Subject:** FW: Planning Commission Site Plan Review - 2430 East Sharon Road

---

**From:** Kreindler, Jamie
**Sent:** Monday, October 11, 2021 4:44 PM
**To:** 'minkpb@yahoo.com'
**Subject:** RE: Planning Commission Site Plan Review - 2430 East Sharon Road

Hello,

Please see the Zoom link for Wednesday's Planning Commission meeting starting at 7:30pm below. Let me know if you need anything else at this time.

City Of Sharonville is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting

https://us02web.zoom.us/j/83046473340?pwd=Q2hsczVaOUtzd2dBdGpIcEsxaWR6QT09

Meeting ID: 830 4647 3340

Passcode: 482804

One tap mobile

+13017158592,,83046473340# US (Washington DC) 13126266799,,83046473340# +US (Chicago)

# Dial by your location

+1 301 715 8592 US (Washington DC)

+1 312 626 6799 US (Chicago)

+1 929 205 6099 US (New York)

+1 253 215 8782 US (Tacoma)

+1 346 248 7799 US (Houston)

+1 669 900 6833 US (San Jose)

Meeting ID: 830 4647 3340

Find your local number: https://us02web.zoom.us/u/kDstrPveY