

Our Communities    About Us    Channels    Classes    Contact Us    Volunteer / Productions

Home    Sharonville Community Videos

# Sharonville Community Videos

SHARE

Sharonville City Council 8/11/20
This meeting's live stream experienced audio and video problems due to technical issues beyond our control. The version here is the meeting in its entirety without any issues. To watch the original version and see any comments made: CLICK HERE
*Captured : Tue, 2020-08-11*

Sharonville City Council 7/21/20
To speak at this meeting please join via the following link: https://us02web.zoom.us/j/81470558567
*Captured : Tue, 2020-07-21*

Sharonville City Council 6/16/20
To speak at this meeting please join the meeting at the followng link: https://us02web.zoom.us/j/84964079994
*Captured : Tue, 2020-06-16*

Sharonville City Council 5/9/20
To speak at this meeitng plese use the following link: https://us02web.zoom.us/j/84437159591
*Captured : Tue, 2020-06-09*

Sharonville City Council 5/26/20
*Captured : Tue, 2020-05-26*

Sharonville City Council 5/12/20
To speak at this meeting plase use the following link to join the meeting: https://us02web.zoom.us/j/87464534281
*Captured : Tue, 2020-05-12*

Sharonville City Council 4/28/20
To speak at this meeting use the following link: https://us02web.zoom.us/j/94039470072
*Captured : Tue, 2020-04-28*

Sharonville City Council 4/14/20

*Captured : Tue, 2020-04-14*

Sharonville City Council 3/10/2020
*Captured : Wed, 2020-03-11*

Sharonville City Council 2/25/20
*Captured : Wed, 2020-02-26*

« first   ‹ previous   1   2   3   4   5   6   7   8   9   ...   next ›   last »

---

### About Us

Welcome to ICRCTV.COM
Click on a community to see what streaming videos are available.

### Navigation

Home
Our Communities
About Us
Channels
Classes
Contact Us

### Get in Touch with Us

(513) 772-4272

2492 Commodity Circle,
Cincinnati OH 45241

---

Intercommunity Cable Regulatory Commission © 2013 | Bringing the community to you over Cable TV and the World Wide Web.