# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **PHILLIP MINK** | : | **CASE NO. 1:21-CV-753** |
| **PLAINTIFF,** | : | **JUDGE HOPKINS** |
| **VS.** | : | |
| **THE CITY OF SHARONVILLE** | : | |
| **DEFENDANT.** | : | |

## MOTION TO ENTER JUDGMENT AND TERMINATE CASE

NOW COMES Defendant, by and through counsel, and moves the Court to enter judgment pursuant to Fed.Civ.R.P. 68(a). Attached hereto as Exhibit A is an Offer of Judgment. Attached hereto as Exhibit B is written acceptance of the Offer. Rule 68(a) mandates that the Clerk must enter judgment consistent with the Offer and acceptance.

    Respectfully submitted,

    __*/s/ Katherine L. Barbiere*_____
    Lawrence E. Barbiere (0027106)
    Katherine L. Barbiere (0089501)
    **SCHROEDER, MAUNDRELL, BARBIERE & POWERS**
    5300 Socialville-Foster Road, Suite 200
    Mason, OH 45040
    T. (513) 583-4200 | F. (513) 583-4203
    lbarbiere@smbplaw.com
    kbarbiere@smbplaw.cm
    *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing was served this 25th day of April, 2024 upon counsel of record.

                                       __*/s/ Katherine L. Barbiere*_____
                                       Lawrence E. Barbiere (0027106)