## RE: Mink v. Sharonville

**Matthew E. Miller-Novak <MMN@bpbslaw.com>**
Thu 4/25/2024 11:38 AM
To: Katherine L. Barbiere <kbarbiere@smbplaw.com>

Katie,

I just got the authority to accept this offer of judgment.

Sincerely,

**Matt Miller-Novak, Esq.**
Partner
**Barron Peck Bennie & Schlemmer Co., LPA**
3074 Madison Road  Cincinnati, OH 45209
Oakley | Newport
Main 513.721.1350 | Direct 513.533.2030 | F 513.991.6430
mmn@bpbslaw.com | www.bpbslaw.com

*This e-mail transmission contains information from the law firm of Barron Peck Bennie & Schlemmer Co., LPA that may be confidential or privileged. It is solely for the use of the individuals or entities named above. If you are not an intended recipient, any disclosure or use of the contents of this message is prohibited. If you received this message in error, please notify the sender by reply e-mail and delete the message and any attachments.*

---

**From:** Katherine L. Barbiere <kbarbiere@smbplaw.com>
**Sent:** Thursday, April 25, 2024 9:07 AM
**To:** Matthew E. Miller-Novak <MMN@bpbslaw.com>
**Subject:** RE: Mink v. Sharonville

**\*EXTERNAL EMAIL\***

Hi Matt,

See attached revised Offer with language regarding access to meetings.  Let me know if we can put this to bed.

Thanks, Katie

> Katherine L. Barbiere, Esq.
> SCHROEDER, MAUNDRELL, BARBIERE & POWERS
> 5300 Socialville-Foster Road, Suite 200
> Mason, Ohio 45040
> Tel.  (513) 583-4200
> Fax. (513) 583-4203
> Direct (513) 707-4252



**CONFIDENTIALITY NOTICE:** This e-mail and any attachments may be confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosures, copying, distribution, or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you. SCHROEDER, MAUNDRELL, BARBIERE & POWERS

---

**From:** Matthew E. Miller-Novak <MMN@bpbslaw.com>
**Sent:** Wednesday, April 24, 2024 3:36 PM
**To:** Katherine L. Barbiere <kbarbiere@smbplaw.com>
**Subject:** Mink v. Sharonville

> [CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.]

Katie,

As you will see, I filed a couple of depo transcripts. The intention was not a threat or to walk back what we discussed about resolution. However, in the event we cannot resolve the matter, I would need those transcripts filed for my MSJ on Friday. I just wanted to let you know there was no symbolism in that move other than self-preservation.

Sincerely,

Matt Miller-Novak, Esq.
Partner
Barron Peck Bennie & Schlemmer Co., LPA
3074 Madison Road  Cincinnati, OH 45209
Oakley | Newport
Main 513.721.1350 | Direct 513.533.2030 | F 513.991.6430
mmn@bpbslaw.com | www.bpbslaw.com

*This e-mail transmission contains information from the law firm of Barron Peck Bennie & Schlemmer Co., LPA that may be confidential or privileged. It is solely for the use of the individuals or entities named above. If you are not an intended recipient, any disclosure or use of the contents of this message is prohibited. If you received this message in error, please notify the sender by reply e-mail and delete the message and any attachments.*