**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

PHILLIP MINK                                    :                    CASE NO. 1:21-CV-753

      PLAINTIFF,                               :                    JUDGE HOPKINS

VS.                                                      :

THE CITY OF SHARONVILLE               :

      DEFENDANT.                            :

---

**ORDER DIRECTING CLERK TO ENTER JUDGMENT IN FAVOR OF PLAINTIFF**
**AND AGAINST DEFENDANT PURSUANT TO FED. R. CIV. P.68**

---

This matter is before the Court on Defendant's Motion to Enter Judgment and Terminate Case (Doc. 25). The parties have advised the Court that Plaintiff has accepted Defendant's offer made pursuant to Federal Rule of Civil Procedure 68. (See Motion, Doc. 25). The Motion (Doc. 25) is therefore **GRANTED** and the Clerk of Courts is **DIRECTED** to enter judgment in favor of Plaintiff and against Defendant in the amount of thirty-five thousand dollars ($35,000). Following, this case will be terminated from the Court's docket.

      **IT IS SO ORDERED.**

DATE: May 9, 2024 _____                    BY: _____
                                                                          JEFFERY P. HOPKINS
                                                                          DISTRICT COURT JUDGE