UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

Phillip Mink,
    Plaintiff,

-vs-                                                Case No. 1:21-CV-753

The City of Sharonville,
    Defendant.

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

The Motion (Doc. 25) is therefore GRANTED and the Clerk of Courts is DIRECTED to enter judgment in favor of Plaintiff and against Defendant in the amount of thirty-five thousand dollars ($35,000). Following, this case will be terminated from the Court's docket.

Date: May 9, 2024                                Richard W. Nagel, CLERK

                                                        By: s/Benjamin Codispoti
                                                        Benjamin Codispoti, Deputy Clerk